IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN LEIBY,<br><br>*Defendant.* | Case No. 1:23-MJ-230<br><br>Hearing Date: November 20, 2023<br>2:00 PM |

## CRIMINAL INFORMATION

COUNT 1 – Class B Misdemeanor

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 28, 2023, on the George Washington Memorial Parkway, in the Eastern District of Virginia and within the Special Maritime and Territorial Jurisdiction of the United States, the defendant, KEVIN LEIBY, did unlawfully operate a motor vehicle on a highway while under the influence of alcohol, drugs, and any combination thereof, to a degree that rendered LEIBY incapable of safely operating the vehicle.

(In violation of Title 36, Code of Federal Regulations, Section 4.23(a)(1)).

JESSICA D. ABER
UNITED STATES ATTORNEY

By: /s/_____
Sehar F. Sabir
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3964
Fax: (703) 299-3980
Email: sehar.sabir@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on October 30, 2023, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic copy to any attorneys of record for the defendant.

/s/
Sehar F. Sabir
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3964
Fax: (703) 299-3980
Email: sehar.sabir@usdoj.gov